**Chad Lynn WILLIAMS; Linda Williams, Plaintiffs–Appellees,**

**v.**

**DOVER ELEVATOR COMPANY; National Elevator Inspection Services, Inc., Defendants–Appellees,**

**Hartford Insurance Company, Appellant.**

**No. 00–3531.**

United States Court of Appeals, Eighth Circuit.

Submitted May 17, 2001.

Decided Sept. 12, 2001.

Before BOWMAN and BEAM, Circuit Judges, and KYLE, District Judge.[1]

**PER CURIAM.**

This is an appeal from an order of the District Court[2] denying Appellant's Motion to Intervene. The District Court held that the motion, which was filed ten days before trial, was untimely and would unduly prejudice the parties if granted. In addition to the imminent trial date, the Court also noted that Appellant had been given notice of the pendency of the matter several months prior to its motion. As framed by the Appellant, the only issue for review is whether the District Court abused its discretion in denying the Motion to Intervene. We have reviewed the proceedings below and conclude that it did not. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, sitting by designation.

2. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.